UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATKINS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE, INC.,<br><br>　　　　　　　　　Defendant. | Case No.:  3:20-cv-717-L-MSB<br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL** |

　　　Pending before the Court is Sallie Blackman's unopposed motion to withdraw as Plaintiff's counsel. (ECF 31).

　　　An attorney must obtain leave of court to withdraw as counsel. *United States v. Carter,* 560 F.3d 1107, 1113 (9th Cir. 2009). The matter is within the Court's discretion. *Id.*

///
///
///
///
///
///
///
///
///

Blackman received a letter from Nourmand Law Firm in September 2021 that indicated Plaintiff retained them to represent her in this action. But Plaintiff's new counsel has not appeared in this matter or moved to substitute as counsel. (*See* Docket); Civ. L. R. 83.3. Defendant continues to serve discovery on Blackman, and Plaintiff's deposition is noticed for December 10, 2021. There is also a case management conference in one week. For these reasons, the Court **DENIES** the motion without prejudice.

**IT IS SO ORDERED**.

Dated:  November 23, 2021

Hon. M. James Lorenz
United States District Judge